MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail:   thomas.stevens@usdoj.gov
              kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0393 WHA |
| --- | --- | --- |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING HEARING |
| v. | ) | |
| JAMES WARD, | ) | |
| Defendant. | ) | |

     It is hereby stipulated by and between counsel for the United States, Assistant United States Attorney Kyle F. Waldinger, and counsel for defendant James Ward, Acting Federal Public Defender Geoffrey Hansen, that, subject to the Court's approval, sentencing in this case be set for June 26, 2012, at 2:00 p.m.  The United States has previously determined from reviewing the Court's publicly posted scheduling information that the Court is currently available for a hearing on that date.  The assigned probation officer, Mr. Mabie, also has been consulted with respect to this date and has indicated that he is available on that date.

     1.     On December 6, 2011, the defendant James Ward pleaded guilty to Count One of the Indictment charging him with conspiracy to commit mail fraud and wire fraud.  It was

STIPULATION & [PROPOSED] ORDER
CR 11-0393 WHA

1  undersigned counsel's belief that at the December 6, 2011, hearing the Court set sentencing for
2  March 13, 2012, for the defendant Ward.  However, the Court's docket states that the next
3  appearance date for the defendant Ward is June 6, 2012, for status only.  *See* docket entry 38.

4      2.    To date, the Probation Officer has not yet had the opportunity to interview the
5  defendant Ward.  Moreover, the United States has not been able to provide the Probation Officer
6  with the materials related to the preparation of the pre-sentence report.  Accordingly, this matter
7  is not ready to proceed to sentencing.  In addition, the remaining co-defendant David Lin is set to
8  proceed to trial on **April 2, 2012**, and the parties currently believe that it is preferable that the
9  defendant Ward's sentencing take place after the April trial.  Accordingly, the parties jointly
10 request that the Court set sentencing for the defendant Ward for June 26, 2012, which is the same
11 date that the Court set for sentencing of the co-defendant Tipton.  *See* docket entry 39.  The
12 parties jointly request that the due dates for the presentence report be calculated using the new
13 sentencing date.

15 SO STIPULATED.

16 DATED:  February 21, 2012                    MELINDA HAAG
                                                    United States Attorney

19                                                                    /s/
                                                    KYLE F. WALDINGER
                                                    Assistant United States Attorney

22 DATED:  February 21, 2012                      /s/
                                                    GEOFFREY HANSEN
                                                    Attorney for defendant James Ward

25                                          [~~PROPOSED~~] O R D E R

26     GOOD CAUSE APPEARING,
27     IT IS ORDERED that sentencing hearing for the defendant James Ward be set for June
28 26, 2012, at 2:00 p.m., and that the status hearing presently set for June 6, 2012, be vacated.  The

STIPULATION & [~~PROPOSED~~] ORDER
CR 11-0393 WHA                                   -2-

final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 22nd day February, 2012



_____
William Alsup
UNITED STATES DISTRICT JUDGE